RECEIVED

DEC 1 5 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. A. No. 05-30009 |
| VERSUS | JUDGE ROBERT G. JAMES |
| RODNEY HUEY | MAG. JUDGE KAREN L. HAYES |

## MEMORANDUM ORDER

Pending before the Court is a letter motion for resentencing [Doc. No. 46] filed on December 13, 2005, and dated December 11, 2005. Federal law does not allow a sentencing court to amend sentences except in very limited circumstances and only within seven days after the imposition of a sentence. Further, in determining the appropriate sentence in this case, the Court considered the United States Sentencing Commission's Sentencing Guidelines and those factors set forth in 28 U.S.C. § 3553(a) and imposed a sentence in the guideline range which reasonably addresses Defendant's underlying criminal conduct.

Accordingly, Defendant's motion for resentencing is DENIED.

MONROE, LOUISIANA, this _15_ day of _December_, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT COURT